

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

July 15, 2015

Daniel Lee Ainsworth
Inmate #149534
Potter County Detention Center
13100 NE 29th
Amarillo, TX 79111

Scott Brumley
Potter County Attorney's Office
500 S Fillmore St., Room 301
Amarillo, TX 79101-2437
* DELIVERED VIA E-MAIL *

John Terry
Attorney at Law
301 S. Polk, Suite 630
Amarillo, TX 79101
* DELIVERED VIA E-MAIL *

**RE:** Case Number: 07-15-00091-CR, 07-15-00106-CR, 07-15-00107-CR
Trial Court Case Number: 141066, 141094, 141118

**Style:** Ex parte Daniel Lee Ainsworth

Dear Mr. Ainsworth and Counsel:

The Court this day issued an opinion, judgment, and mandate in the captioned cause. TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc: Honorable W. F. (Corky) Roberts (DELIVERED VIA E-MAIL)
Dedra Morgan (DELIVERED VIA E-MAIL)
Brooks Barfield Jr. (DELIVERED VIA E-MAIL)
Julie Smith (DELIVERED VIA E-MAIL)